**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Humberto ALVAREZ, Defendant–**
**Appellant.**

No. 05–12689
**Non–Argument Calendar.**
**D.C. Docket No. 04–00335–**
**CR–T–17–MSS.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 13, 2006.

Joseph R. Johnson, Orlando, FL, for Appellant.

Karin B. Hoppmann, Tampa, FL, for Appellee.

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Joseph R. Johnson, appointed counsel for Humberto Alvarez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Alvarez's conviction and sentence is **AFFIRMED.**